No. 93–6254. SLABOCHOVA *v.* WESTFIELD INSURANCE CO. ET AL. Ct. App. Ohio, Mahoning County. Certiorari denied.

No. 93–6256. SPREMO *v.* DURANTE ET AL. C. A. 2d Cir. Certiorari denied.

No. 93–6260. MITCHELL *v.* KEMNA, SUPERINTENDENT, WESTERN MISSOURI CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 93–6262. PEARSALL *v.* PHILLIPS ET AL. C. A. 4th Cir. Certiorari denied.

No. 93–6264. MCKEE *v.* NIX, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 93–6265. NELSON *v.* NEUBERT, ADMINISTRATOR, BAYSIDE STATE PRISON. C. A. 3d Cir. Certiorari denied.

No. 93–6268. GOLDBERG *v.* CLEVELAND CLINIC, FLORIDA. C. A. 3d Cir. Certiorari denied.

No. 93–6271. BARTON *v.* COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 93–6272. BROWN *v.* GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 93–6279. MARTIN *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 93–6280. RUPERT *v.* SOLEY. Sup. Jud. Ct. Me. Certiorari denied.

No. 93–6286. OMASTA *v.* STOKES ET AL. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 93–6288. WOHLFORD ET UX. *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93–6292. HINES *v.* THURMAN, WARDEN. Sup. Ct. Cal. Certiorari denied.

No. 93–6299. SCHWARZ *v.* OFFICE OF THRIFT SUPERVISION, DEPARTMENT OF THE TREASURY. C. A. D. C. Cir. Certiorari denied.